◈PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Arkansas

UNITED STATES OF AMERICA

v.  }  Crim. No.  3:10CR30010-001

PHASUNG LU BACCAM

On __October 22, 2012,__ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Reviewed by:

_Donna R. Brown_
Donna R. Brown
Supervising U.S. Probation Officer

Respectfully submitted,

_Abby M. McKinney_
Abby M. McKinney
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __October__, 20 __13__.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 28 2013
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

_____
United States District Judge